ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| NCI Information Systems, Inc. | ) ASBCA Nos. 62049, 62050 |
| | ) |
| Under Contract No. W15P7T-17-D-0150 | ) |

APPEARANCES FOR THE APPELLANT:      Daniel P. Graham, Esq.
                                    Tyler E. Robinson, Esq.
                                    Caroline E. Colpoys, Esq.
                                    John M. Satira, Esq.
                                      Vinson & Elkins LLP
                                      Washington, DC

APPEARANCES FOR THE GOVERNMENT:      Scott N. Flesch, Esq.
                                      Army Chief Trial Attorney
                                    CPT Philip L. Aubart, JA
                                    Zachary F. Jacobson, Esq.
                                      Trial Attorneys

## ORDER OF DISMISSAL

The dispute which is the subject of the appeals having been settled, the appeals are hereby dismissed with prejudice subject to reinstatement only in the event the settlement is not consummated. Any request to reinstate the subject appeals must be filed within 365 days of the date of this Order.

Dated: February 18, 2021

MARK A. MELNICK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62049, 62050, Appeals of NCI Information Systems, Inc., rendered in conformance with the Board's Charter.

Dated:  February 23, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals